# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SUNTRUST BANK,

        Plaintiff,

-vs-                              Case No. 6:09-cv-1404-Orl-28DAB

BONNIE L. ROBIDA,

        Defendant.
_____

## ORDER

This case is before the Court on Plaintiff's Motion for Final Default Judgment (Doc. No. 11) filed September 10, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objections to the Report and Recommendation (Doc. No. 14), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed September 28, 2009 (Doc. No. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Final Default Judgment (Doc. No. 11) is **DENIED without prejudice.**

DONE and ORDERED in Chambers, Orlando, Florida this ___16___ day of November, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party