# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SUNTRUST BANK,**

        **Plaintiff,**

**-vs-**                                           **Case No. 6:09-cv-1404-Orl-28DAB**

**BONNIE L. ROBIDA,**

        **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Amended Motion for Entry of Default Judgment (Doc. No. 21) filed April 9, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 15, 2010 (Doc. No. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Amended Motion for Entry of Default Judgment (Doc. No. 21) is **GRANTED in part** and **DENIED in part.**

3. Default Judgment is entered against Bonnie Robida in the principal sum of $104,000.00, plus interest in the amount of $9,488.29 to May 6, 2010, the date of entry of this judgment.

4. The Clerk is directed to enter judgment in accordance with the above and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __6th__ day of May, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge